NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ACTION STAR ENTERPRISE CO. LTD., A TAIWANESE CORPORATION,**
*Plaintiff-Appellant*

**v.**

**KAIJET TECHNOLOGY INTERNATIONAL LIMITED, A GEORGIA CORPORATION,**
*Defendant-Appellee*

**DOES, 1 TO 10 INCLUSIVE,**
*Defendants*

---

2014-1552

---

Appeal from the United States District Court for the Central District of California in No. 2:12-cv-08074-BRO-MRW, Judge Beverly Reid O'Connell.

---

**JUDGMENT**

---

JOHN A. DRAGSETH, Fish & Richardson, P.C., Minneapolis, MN, argued for plaintiff-appellant. Also represented by CHRISTOPHER ROBERT DILLON, Boston, MA.

XAVIER M. BRANDWAJN, Alston & Bird LLP, East Palo Alto, CA, argued for defendant-appellee. Also represented by YITAI HU, RYAN W. KOPPELMAN.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (NEWMAN, REYNA, and WALLACH, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

 May 15, 2015                      /s/  Daniel  E.  O'Toole
     Date                            Daniel E. O'Toole
                                     Clerk of Court